IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD PITCHFORTH,                                2:12-cv-1060-SI
              Petitioner,
       v.                                         ORDER TO DISMISS

STEVEN FRANKE,

              Respondent.

SIMON, District Judge.

    Petitioner's unopposed motion to voluntarily dismiss this habeas action (#15) is before the Court. Petitioner's motion is GRANTED.

    IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. Pending motions, if any, are denied as moot.

    DATED this 4th day of September, 2012.

                                        _____
                                        Michael H. Simon
                                        United States District Judge

1 -- ORDER TO DISMISS